BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUSTAVO GARCIA,<br>VICTOR ANTONIO GARCIA JR.,<br>TOMAS MARTINEZ,<br><br>Defendants. | MAG NO. 11-299-GGH<br><br>Motion to Reissue Arrest Warrants<br>Due To Clerical Error; Declaration of<br>FBI Special Agent Jackson, and Order<br>(Proposed) |

## MOTION

Hereby the United States moves that this Court reissue arrest warrants to correct clerical drafting (cut and paste) errors. The errors are on the arrest warrants for Gustavo Garcia and Victor Antonio Garcia Jr. On September 20, 2011, a Criminal Complaint, case number 2:11-mj-00299-GGH, was authorized by Magistrate Judge Hollows and thereafter filed in the United States District Court in the Eastern District of California. Via the Complaint Magistrate Judge Hollows issued three arrest warrants: Gustavo Garcia, date of birth (DOB) December 29, 1991; Victor Antonio Garcia Jr, DOB December 26, 1988; and Tomas Martinez, DOB February 13, 1989, each for violation of Title 18, United States Code, Section 1073, moving or traveling in interstate or foreign commerce with intent to avoid prosecution. The three arrest warrants were also filed on September 20, 2011. Each of the arrest warrants began as a form and each was filled out using one (Martinez) of the three as a template. As set forth in the

1

accompanying Declaration of SA Jackson, the arrest warrants contain errant reference to the same defendant, namely Martinez.

Accordingly, for good cause, the United States submits that the errors be corrected by merely reissuance of the warrants for Gustavo Garcia and Victor Antonio Garcia Jr. based on the already issued and filed underlying Complaint. The United States submits that the cut and paste error (errant repeated reference to Martinez) did not affect the complaint or the probable cause affidavit supporting the issuance of the underlying complaint. The warrants containing error have not been executed. None of the three subjects is believed to currently be in U.S. custody or in the custody of Mexican law enforcement due to action or at the behest of the United States. I respectfully request this Court enter this Order and reissue corrected arrest warrants for Gustavo Garcia and Victor Antonio Garcia Jr. The arrest warrants are submitted herewith.

Benjamin B. Wagner
United States Attorney

Dated: 03/02/2016        //S//
Michelle Rodriguez
Assistant U.S. Attorney

### ORDER

For the reasons set forth in the United States Motion to Reissue Arrest Warrants Due to Clerical Drafting Error and for good cause, the Court orders the September 20, 2011 arrest warrants for Gustavo Garcia and Victor Antonio Garcia Jr. withdrawn and hereby reissues arrest warrants for Gustavo Garcia and Victor Antonio Garcia Jr. based on the underlying Complaint in Mag No. 11-299-GGH.

So ordered.

HON. CRAIG M. KELLISON
U.S. Magistrate Judge

# AFFIDAVIT

I, Peter A. Jackson, state that I am a sworn Special Agent of the Federal Bureau of Investigation (FBI).

1. I have been employed with the FBI for over seven years. I am presently assigned to the Sacramento Office of the FBI, Redding Resident Agency, Redding, California. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2. Among my responsibilities are the investigation, apprehension, and arrest of Violent Crime Offenders and Fugitives. This affidavit is in support of a criminal complaint and arrest warrants charging Gustavo Garcia, date of birth (DOB) December 29, 1991; Victor Antonio Garcia Jr, DOB December 26, 1988; and Tomas Martinez, DOB February 13, 1989; with unlawful flight to avoid prosecution, in violation of Title 18, United States Code, Section 1073.

3. This affidavit is intended to show that there is sufficient probable cause for the reissue of arrest warrants. This affidavit does not purport to set forth all my knowledge or all investigation information in this matter. The facts set forth in this affidavit are based upon information obtained from investigative reports and debriefings with other law enforcement officers. The facts set forth in this affidavit are also based upon my observations, training, and experience.

4. On September 20, 2011, a Criminal Complaint, case number 2:11-mj-00299-GGH, was filed in the United States District Court in the Eastern District of California. The Complaint, attached hereto and fully incorporated herein, sought and obtained three arrest warrants for Gustavo Garcia, Victor Antonio Garcia Jr, and Tomas Martinez for the violation of Title 18, United States Code, Section 1073, moving or traveling in interstate or foreign commerce with intent to avoid prosecution. The three arrest warrants were also filed on September 20, 2011.

5. On or around December 30, 2015, your affiant reviewed the three arrest warrants issued in case number 2:11-mj-00299-GGH and noted a clerical error in the arrest warrants. All three arrest warrants read, "You are hereby commanded to arrest Tomas Martinez…" The title for each arrest warrant was correct in listing each distinct subject and his correct date of birth; however, the name "Tomas Martinez" was inadvertently left in the narrative on the warrants for Gustavo Garcia and Victor Antonio Garcia Jr. The warrants for Gustavo Garcia and Victor Antonio Garcia Jr. should be corrected to read, "YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay Gustavo Garcia" and "YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay Victor Antonio Garcia Jr." respectively.

6. The Criminal Complaint affidavit filed in 2011 was then reviewed to determine if there were other issues that needed to be amended, but no substantive errors were noted in the affidavit. A non-substantive error noted in the affidavit was the misspelling of Guerrero, Mexico. In paragraph seven of the affidavit, Guerrero was spelled "Gurerro." It is reasonable that this error did not alter the decision of the court to issue the arrest warrants. None of the three subjects are currently in U.S. custody or in the custody of Mexican law enforcement due to action or at the behest of the U.S. Accordingly, I respectfully request the court correct and amend the arrest warrants for Gustavo Garcia and Victor Antonio Garcia Jr. as attached.

PETER A. JACKSON
Special Agent, FBI